FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2013

No. 04-12-00585-CV

Kay Lynn **MAYNARD** f/k/a Kay Lynn Maynard Booth,
Appellant

v.

William **BOOTH**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVH-001376-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

